Santana et al., Plaintiffs and Appellees, v. Fuentes et al., Defendants and Appellants.

Appeal from the District Court of Humacao in an Action to Annul a Judicial Sale.

No. 2848.—Decided March 23, 1923.

Costs—Discretion of Court.—In this case the defendant demurred and, having been given time to plead, defaulted. It having been alleged that the lower court committed an abuse of discretion in mulcting the defendant with costs, *Held:* That in a matter of this kind the discretion is practically unassailable.

The facts are stated in the opinion.

*Mr. F. González* for the appellants.

*Mr. R. López Antongiorgi* for the appellees.

Mr. Justice Wolf delivered the opinion of the court.

The sole ground of error is that the court below committed an abuse of discretion in mulcting costs against a defendant. The latter had presented a demurrer and, given time to plead, defaulted. To attack the award of costs made in this action the defendant and appellant cites the case of *Zorrilla* v. *Orestes,* 28 P. R. R. 698.

In that case the defendant first demurred and when the demurrer was overruled submitted, and the court refused to award costs to complainant. We found in effect that the defendant there had presented meritorious grounds of demurrer and partially for this reason refused to say the

court below had committed an abuse of discretion in not finding the defendant guilty of temerity. But the principal ground of that decision was that the court had a discretion in considering the degree of temerity. If in that case the court had awarded costs we in all probability would not have disturbed the judgment. In a matter of this kind the discretion is practically unassailable. The amount of fees is a different matter, but the case has not reached that point.

There were facts in this case from which the court had a right to conclude that defendant could readily have known that the property he had bought in execution was not necessary to satisfy the judgment then existing against the present complainant who brought suit to annul the unnecessary part of the execution sale. But the present defendant attempted to fight off the judgment by a demurrer.

Under any circumstances we find no abuse of discretion and the judgment must be

*Affirmed.*

Chief Justice Del Toro and Justices Hutchison and Franco Soto concurred.

Mr. Justice Aldrey took no part in the decision of this case.